| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| **Marie-Ann Greenberg, MAG-1284** <br> **Marie-Ann Greenberg, Standing Trustee** <br> **30 TWO BRIDGES ROAD** <br> **SUITE 330** <br> **FAIRFIELD, NJ  07004-1550** <br> **973-227-2840** <br> **Chapter 13 Standing Trustee** |
| IN RE: <br><br>    BINDU JACOB |

Order Filed on June 21, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.:  17-31676 JKS

Hearing Date:  6/14/2018

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 21, 2018**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):  BINDU JACOB

Case No.:  17-31676

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 06/14/2018 on notice to BRUCE W RADOWITZ ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must make a lump sum payment of $3,396.00 by 6/29/18 or the case will be dismissed