UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Bruce W. Radowtiz, Esq
636 Chestnut Street
Union, New Jersey 07083
(908) 687-2333
BRUCE W. RADOWITZ, ESQ.
Attorney for Debtor

**Order Filed on October 10, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In the matter of:

BINDU JACOB

Debtor(s)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

Case No: 17-31676/JKS
Chapter  13

# ORDER REFERRING CASE TO THE COURTS
# LOSS MITIGATION PROGRAM

The relief set forth on the following pages, numbered two (2) through <u>two (2)</u>  is hereby **ORDERED**.

**DATED: October 10, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

DEBTORS:   BINDU JACOB

CASE NO:   17-31676/JKS
ORDER CAPTION:   **ORDER REFERRING CASE TO THE COURTS LOSS MITIGATION PROGRAM**

---

**THIS MATTER** having been opened by the court by way of motion of Bruce W. Radowitz, Esq, counsel to the Debtors, herein, and that argument of counsel, if any, having been heard by the court and the court having reviewed the pleadings filed herein, and for good cause appearing;

**ORDERED**, that this case be referred to the Courts Loss Mitigation Program.

**ORDERED that:**

- Contact persons must be designated by all parties within 14 days from the entry of this order.
- Requests for information, if any, must be submitted to the opposing party, and counsel, within 14 days from the entry of this order.
- Responses to requests for information must be provided to the party and counsel making the request, within 21 days from receipt of the request.
- Within 60 days from the entry of this order, the debtor must file with the court and serve upon all interested parties the Local Form, Loss Mitigation Status Report.
- The Loss Mitigation process shall terminate on __1/10/19__ ( 90 days from the date of the entry of this order), unless extended as set forth in Section IX.B. of the Loss Mitigation Program and Procedures.
- Debtor will make adequate protection payments to the first mortgage, Shellpoint Mortgage Servicing, each month in the amount of $1,600.00 during the loss mitigation period: See Loss Mitigation Program and Procedures, Section V.A.1. and VII.B.

- If a relief from stay motion pursuant to section 362(d) is pending upon entry of this Order or if such a motion is filed during the loss mitigation period, the court may condition the stay upon compliance by the debtor with the fulfillment of the debtor's obligations under the Loss Mitigation Order. If the debtor fails to comply with the loss mitigation process and this Order, the creditor may apply to terminate the Order as specified in Section IX.C of the LMP and to obtain relief from the stay.