UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

STEVEN KELLY, ESQUIRE
Stern & Eisenberg, PC
1040 N. Kings Highway, Suite 407,
Cherry Hill, New Jersey 08034
Telephone: (609) 397-9200
FACSIMILE: (856) 667-1456
(COUNSEL FOR MOVANT)

**Order Filed on January 14, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:
Bindu Jacob
        Debtor
-------------------------------------------------
Biju Maliyil
        (Non-Filing Co-Mortgagor)

Case Number:   17-31676-JKS

Chapter   13

Hearing:   September 13, 2018 at 11:00 am

Judge:   John K. Sherwood

## ORDER APPROVING STIPULATION/CONDITIONAL ORDER SETTLING THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) to three(3)   is hereby **ORDERED**.

**DATED: January 14, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

MFR – APO/STIP BF

(page 2)
Debtor: Bindu Jacob
Case Number:  17-31676 JKS
Caption of Order:  Order Approving Stipulation/Conditional Order Settling the Motion for Relief from the Automatic Stay

Upon the Motion of New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing (Creditor) through its Counsel Stern & Eisenberg PC, attorneys for secured creditor, under Bankruptcy Code (section 362(d), et al.) for relief from the automatic stay as to certain property, 104 Lake Shore Drive Parsippany Troy Hills Twp, NJ 07034 ("Property"), and the entry of the Order settling the Motion for Relief and for cause shown, it is hereby ORDERED and DECREED as follows:

1. At the date of this Order, Bindi Jacob ("Debtor") acknowledges that Debtor is due for the following post-petition regular monthly payments from 05/01/2018 to 10/01/2018, as follows:
   a. Monthly payments total ($2,135.47/mo):           $12,812.82
   b. Post-petition suspense balance                    ($1,587.18)
   c. Attorney Fees                                     $531.00
   d. Total arrears as of date of Order                 $11,756.64

2. Debtor shall secure a loan modification within 120 days of the date of this Order, or by further extension of court.

3. Debtor shall tender funds in the amount of $3,200.00 to the Creditor on or before October 31, 2018.

4. Effective October 1, 2018, Debtor shall make adequate protection monthly mortgage payments in the amount of $1,600.00 (or, in the event that the parties enter into a trial loan modification, Debtor shall continue payments in accordance with the terms of the trial loan modification.).

5. If Debtor does not get the loan modification by the expiration date outlined above, Debtor shall file an Amended Plan within 30 days incorporating the pre-petition delinquency in the amount of $132,804.01 plus the post-petition delinquency in the amount of $11,756.64 as of the date of this Order, plus any further post-petition delinquency accrued while the Debtor is making adequate protection payments. Thereafter, Debtor agrees to continue making the regular monthly mortgage payment (currently $2,135.47/mo.). In the event the regular monthly payment changes for any reason, then the amount due pursuant to this paragraph 5 shall be adjusted accordingly.

6. The execution of this Stipulation/Consent Order, and the terms and conditions set forth in the preceding paragraphs shall serve an amendment and/or addendum to any Pre-Petition Proof of Claim filed by Creditor, if applicable. Movant shall not be required to file an Amended Proof of Claim, if applicable.

7. Payments due in accordance with this Order shall be due on or before the 1st day of each month.  Debtor shall make the regular monthly payments required to the Trustee.

8. All payments due to the Creditor from the Debtor are to be made directly to Shellpoint Mortgage Servicing at P.O. Box 10826, Greenville, SC 29603-0826 and making sure that Creditor's loan number appears on all payments.

MFR – APO/STIP BF

(page 3)
Debtor: Bindu Jacob
Case Number: 17-31676-JKS
Caption of Order:  Order Approving Stipulation/Conditional Order Settling the Motion for Relief from the Automatic Stay

9. In the event that Movant alleges that Debtor has failed to comply with obligations under paragraph 3, 4 & 5 of this Consent Order/Stipulation, New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing and/or Counsel may give Debtor and Debtor's counsel notice of the default and if such default is not cured within ten (10) days of said notice, upon certification to the court of such default, and request for Order, with a copy to Debtor and Debtor's counsel, the Court may grant New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing immediate relief from the bankruptcy stay, per the form of attached Order which is made part hereof as Exhibit "A".  Debtor shall pay $75.00 for each notice of default issued by Movant as a result of the Debtor's failure to comply with this Consent Order/Stipulation.

10. The failure by the Creditor, at any time, to file a Certification of Default upon default by the Debtor shall not be construed, nor shall such failure act, as a waiver of any of Creditor's rights hereunder. In the event Debtor fails to comply with the terms of this Order for more than 30 days, Creditor New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing may submit a certification of default and proposed Order for Relief from the Automatic Stay to the court and serve a copy of such Certification of Default upon the Debtor and Debtor's counsel.  Fourteen days after receipt of a Certification of Default, the court will enter an order granting New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing relief from the automatic stay unless the Debtor has filed an objection to the Certification of Default specifying reasons for the objection; in which case the court will set a hearing on the objection.

11. Upon issuance of the aforesaid Order, the parties hereto further agree that New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing may proceed in state court to exercise all rights and remedies available to it as a mortgagee and creditor under state and federal law including, but not limited to, the initiation of and continuation of foreclosure and execution process through sheriff's sale concerning the Property and ejectment thereafter.

12. In the event Debtor converts to a bankruptcy under Chapter 7 of the Bankruptcy Code then Debtor shall pay all pre-petition arrears and post-petition arrears within 10 days from the date the case is converted.  If Debtor fails to make payments in accordance with this paragraph then the Creditor, through Counsel, may file a certification setting forth said failure and the Creditor shall be granted immediate relief from the automatic stay and may also request entry of the form of Order attached as Exhibit "A".

/s/ *Bruce W. Radowitz*_____
BRUCE W. RADOWITZ, ESQUIRE
COUNSEL FOR DEBTOR


/s/ *Steven Kelly*_____
STEVEN KELLY, ESQUIRE
STERN & EISENBERG, PC
ATTORNEY FOR CREDITOR


MFR – APO/STIP BF

EXHIBIT A

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>STEVEN KELLY, ESQUIRE<br>Stern & Eisenberg, PC<br>1040 N. Kings Highway, Suite 407,<br>Cherry Hill, New Jersey 08034<br>Telephone: (609) 397-9200<br>FACSIMILE: (856) 667-1456<br>(COUNSEL FOR MOVANT)<br><br>In Re:<br>Bindu Jacob<br>        Debtor<br>-----------------------------------------------<br>Biju Miliyil<br>      (Non-Filing Co-Mortgagor) | Case Number:  17-31676-JKS<br><br>Chapter        13<br><br>Hearing:       September 13, 2018 at 11:00 am<br><br>Judge:         John K. Sherwood |

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY AND IN REM RELIEF FOLLOWING CERTIFICATION OF DEFAULT OF CONDITIONAL ORDER /STIPULATION

Upon Motion of New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing (Creditor) for relief and a Certification of Default having been filed in accordance with the Order/Stipulation Resolving the Motion, it is hereby ORDERED AND DECREED that Movant, New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing (Creditor) (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362, et al. to proceed with its mortgage foreclosure action and Sheriff's Sale (and all other rights under state and federal law) concerning the Property:  104 Lake Shore Drive, Parsippany Troy-Hills Twp., NJ 07034 ("Property")

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

MFR – APO/STIP BF