UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Bruce W. Radowitz, Esq
636 Chestnut Street
Union, New Jersey 07083
(908) 687-2333
BRUCE W. RADOWITZ, ESQ.
Attorney for Debtor

Order Filed on June 17, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

BINDU JACOB

Case No.: 17-31676
Adv. No.:
Hearing Date:
Judge: JKS

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following pages, numbered two (2) through <u>two (2)</u> is hereby **ORDERED**.

**DATED: June 17, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that BRUCE W. RADOWITZ, ESQ., the applicant, is allowed a fee of $3,200.00 for services rendered and expenses in the amount of $0 for a total of $ 3,200.00. The allowance shall be payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ Outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the aforesaid fee.