| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br>    BINDU JACOB |

Order Filed on September 16, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey

Case No.:  17-31676

Judge:  JOHN K. SHERWOOD

### ORDER ON TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: September 16, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): BINDU JACOB

Case No.: 17-31676JKS

Caption of Order: Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

ORDERED, that the claim of NEW PENN FINANCIAL LLC, Court Claim Number 2, be reduced to amount of $0 .